Sewer District of Huntington, County of Suffolk, State of New York, Respondents.— Writ vacated and proceeding dismissed, with fifty dollars costs and disbursements, upon the ground that there has been no audit of the relator's claim, and, therefore, there is nothing for this court to review. (*People ex rel. Brown* v. *Board of Apportionment,* 52 N. Y. 224; *People ex rel. Myers* v. *Barnes,* 114 id. 317.)   Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

HARRY J. RYAN, Respondent, v. L. K. COMSTOCK & COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

MARK R. SPELMAN, Respondent, v. WILLIAM MORRIS IMBRIE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

CHARLES L. ALLERS, Appellant, v. OLGA S. ALLERS, Respondent.— Stay continued on condition that appellant perfect the appeal, and be ready for argument on July 9, 1920, for which day the cause is set down, with a provision for the defendant visiting the boy, to be included in the order to be settled on notice.   Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

JOSEPHINE BASSO and MORRIS RUFFINO, as Administrators, etc., of SALVATORE BASSO, Deceased, Respondents, v. JOHN T. CLARK & SON, INC., Appellant.— Motion for reargument granted, and cause set down for Friday, July 9, 1920, at ten A. M.   Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

HENRY M. BELING, as Administrator, etc., Respondent, v. OSCAR DEUTSCHER and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, because of unexplained and inexcusable delay in procedure, and failure to comply with the provisions of the judgment as entered.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

CONSTANCE V. BRUGGEMANN, Respondent, v. AUGUST BRUGGEMANN, Appellant.— Motion granted.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

MARIUS DAUERE and Another, Respondents, v. CARMINE ALTIERI and Another, Appellants.— Motion denied, without costs, and stay vacated. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

LOUIS G. ENGEL, Respondent, v. HENRY DOSCHER and Others, as Executors, etc., Appellants, and Others, Defendants. (Action No. 1.) — Motion denied on condition that appellants perfect the appeal, place the case on the calendar for the next term of the court and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

ELICZER ENGLEMAN, Respondent, v. DONATO MONTANO, Appellant.— Motion denied.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

NORA BLATCH DE FOREST, Respondent, v. LEE DE FOREST, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.